UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

In re:

FREDERICK F. BOYCE,            Case No.    04-23908
                                                  Chapter 13
                                                  Hon. Walter Shapero

        Debtor.
_____/

ORDER RE:
CREDITOR'S OBJECTIONS TO DEBTOR'S EXEMPTIONS

For the reasons stated in this Court's opinion entered this date,

IT IS HEREBY ORDERED that Creditor's objections to Debtor's exemptions are overruled in part and sustained in part;

IT IS FURTHER ORDERED that the following household goods and furnishings are property of the estate and exemptible by Debtor under 11 U.S.C. § 522(d)(3):

         (A)     dryer;

         (B)     freezer;

         (C)     kitchen table;

         (D)     two televisions;

         (E)     three dressers; and

         (F)     a lawnmower.

IT IS FURTHER ORDERED that the following household goods and furnishings are assets (i.e, inventory) of Dan's TV & Appliances, Inc. and not estate property, which precludes Debtor from exempting them pursuant to 11 U.S.C. § 522(d)(3):

         (A)     refrigerator;

         (B)     stove;

         (C)     microwave;

         (D)     washer;

         (E)     couch;

         (F)     two chairs;

     (G)    lamps;

     (H)    stereo;

     (I)    DVD;

     (J)    VCR;

     (K)    computer;

     (L)    three beds; and

     (M)    one dresser.

IT IS FURTHER ORDERED that an evidentiary hearing will be scheduled on the confirmation of Debtor's plan at a date in the immediate future that will afford the parties any necessary discovery time and opportunity, if necessary. In the event the date set by the Court is inappropriate, the parties may file a stipulated request for a status conference.

**Entered: August 07, 2006**

                                                                         /s/ Walter Shapero
                                                            **Walter Shapero**
                                                            **United States Bankruptcy Judge**